Joseph F. BRAZIL, Jr., Plaintiff–Appellant,

Mark Van Dine; et al., Plaintiffs,

v.

Edmond MOSSI; et al., Defendants–Appellees.

No. 01–16176.

D.C. No. CV–01–01695–CW.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001 *.

Decided Sept. 24, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Joseph F. Brazil, Jr., appeals pro se the district court's order vacating, pursuant to a vexatious litigant order, the filing of his complaint. We have jurisdiction under 28 U.S.C. § 1291.

We affirm for the reasons stated in the district court's order filed on June 1, 2001.

AFFIRMED.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.